DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TAKIA RHYMES,

Appellant,

v.

SPT WAH WYNGATE, LLC,
dba Wyngate Apartments,

Appellee.

No. 2D23-423

————————————————

September 15, 2023

Appeal from the County Court for Pinellas County; Edwin B. Jagger,
Judge.

Takia Rhymes, pro se.


PER CURIAM.

    Affirmed.


SILBERMAN, KELLY, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.